IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0355 |
| | ) | |
| DAVE NELSON TRUCKING, INC., | ) | JUDGE JOAN B. GOTTSCHALL |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO:  Mr. David D. Nelson, Registered Agent/President   Stephen E. Vander Woude
     Dave Nelson Trucking, Inc.                         Lating, Paarlberg & Associates, Ltd.
     18248 School Street                                16230 Louis Avenue
     Lansing, IL  60438                                 South Holland, IL  60473

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with

Rule 41(a)(1)(I), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to

the rights of Plaintiffs.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: cscanlon@baumsigman.com
I:\731exc\Nelson, Dave Trucking\2nd 2007\notice of voluntary dismissal.cms.df.wpd

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of May 2008:

> Mr. David D. Nelson, Registered Agent/President
> Dave Nelson Trucking, Inc.
> 18248 School Street
> Lansing, IL   60438
>
> Stephen E. Vander Woude
> Lating, Paarlberg & Associates, Ltd.
> 16230 Louis Avenue
> South Holland, IL   60473

>                                                /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\731exc\Nelson, Dave Trucking\2nd 2007\notice of voluntary dismissal.cms.df.wpd