UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Terrence J Hancock, et al.
                           Plaintiff,

v.                                          Case No.: 1:08−cv−00355
                                                      Honorable Joan B. Gottschall

Dave Nelson Trucking, Inc.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

       MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to Notice of Voluntary Dismissal [12], this action is dismissed without prejudice to the rights of Plaintiffs. Status hearing set for 7/9/2008 is stricken. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.